# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-18013-MDC

BRIAN J BUTTERFIELD

1392 Temple Road

Pottstown, PA 19465

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BRIAN J BUTTERFIELD

    1392 Temple Road

    Pottstown, PA 19465

**Counsel for debtor(s), by electronic notice only.**
    TIMOTHY WILFONG
    20 S MAIN ST

    PHOENIXVILLE, PA 19460-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                    /s/ William C. Miller

Date: 2/13/2017

                                                   _____
                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee