United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian J Butterfield  
     Debtor

Case No. 16-18013-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 08, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db           +Brian J Butterfield,    1392 Temple Road,    Pottstown, PA 19465-7223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       TIMOTHY WILFONG    on behalf of Debtor Brian J Butterfield timwilfong@aol.com, notice1776@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISON

IN RE:   Brian J Butterfield   :   CASE NO.: 16-18013-MDC

Debtor(s)   :   CHAPTER 13

### ORDER

AND NOW this __8th__ day of __September__, 20__17__, upon consideration of the application of Timothy E. Wilfong, Esquire, attorney for the debtor and after Notice and the opportunity of hearing, it is hereby ORDERED and DECREED that Debtor's counsel fee in the total amount of **$3,500.00** is hereby approved and the balance as stated in the Application, in the amount of **$2,310.00** shall be paid to Debtor's counsel as an administrative expense to the extent provided for by the terms of Debtor's confirmed Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
_____

UNITED STATES BANKRUPTCY JUDGE