Certificate Number: 00301-PAE-DE-036009182

Bankruptcy Case Number: 16-18013



00301-PAE-DE-036009182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2021, at 9:52 o'clock PM EDT, BRIAN J BUTTERFIELD completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 21, 2021            By:     /s/Sonia Cortez

                                      Name:   Sonia Cortez

                                      Title:  Certified Bankruptcy Counselor