United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18013-mdc |
| Brian J Butterfield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 22, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J Butterfield, 1392 Temple Road, Pottstown, PA 19465-7223 |
| 13848030 | + | 546 Wendel Road, Irwin, PA 15642-7539 |
| 13824205 | | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 13878750 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13824207 | | Amerifinancial Solutions LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 13824208 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13877283 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13824215 | + | First National Bank Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 13836160 | + | Keystone Collections Group, PO Box 505, Irwin, PA 15642-0505 |
| 13824217 | # | Maillie, PO Box 680, Oaks, PA 19456-0680 |
| 13824214 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13904365 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 13824220 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 13824222 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 13824223 | | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |
| 13899448 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2021 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2021 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13835315 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 22 2021 23:38:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13824206 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 22 2021 23:38:00 | American Honda Finance, PO Box 168088, Irving, TX 75016 |
| 13850682 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2021 23:38:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13824209 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2021 23:45:31 | Capital One Bank N.A., Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 16-18013-mdc   Doc 43   Filed 12/24/21   Entered 12/25/21 00:35:14   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13824211 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2021 23:38:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 13824212 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2021 23:38:00 | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 13824213 | | Email/Text: mrdiscen@discover.com | Dec 22 2021 23:38:00 | Discover Finance, Po Box 30943, Salt Lake City, UT 84130-0943 |
| 13832316 | | Email/Text: mrdiscen@discover.com | Dec 22 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13917256 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2021 23:38:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13824210 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2021 23:45:27 | Chase, Po Box 15298, Wilmington, DE 19850-5298 |
| 13886454 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2021 23:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13824218 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2021 23:38:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 13843067 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2021 23:38:00 | PA Department of Revenue, Bureau of Compliance Bankruptcy, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13824219 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2021 23:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| 13886482 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2021 23:45:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872992 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2021 23:45:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13828368 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13824221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2021 23:45:33 | Sears Credit Cards, Po Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13832842 | *P++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020, address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13836161 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13824216 | ## | Jordan W. Felzer, Esq., American Express Legal, P.O. Box 2163, Southeastern, PA 19399-2163 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

TIMOTHY WILFONG
on behalf of Debtor Brian J Butterfield timwilfong@aol.com  notice1776@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Brian J Butterfield
    Debtor(s)

Case No: 16−18013−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/22/21